102 F.3d 465
 10 Fla. L. Weekly Fed. C 620
 Susan W. TURQUITT, as administratrix of the estate of
Phillip Edward Turquitt, deceased, Plaintiff,
Isom E. Turquitt, Intervenor-Plaintiff-Appellee,
v.
JEFFERSON COUNTY, ALABAMA, Defendant-Appellant,
Melvin Bailey, Sheriff of Jefferson County, Alabama,
individually and in his official capacity, Jim McCreless,
Chief Jailer of Jefferson County, Alabama, individually and
in his official capacity, Defendant.
 No. 96-6333.
 United States Court of Appeals,
Eleventh Circuit.
 Dec. 12, 1996.
 
 Jeffrey M. Sewell, Charles S. Wagner, Birmingham, AL, for Defendant-Appellant.
 James W. Webb, Kendrick E. Webb, Bart Harmon, Webb & Eley, P.C., Montgomery, AL, for Amicus.
 Wendy Brooks Crew, Baddley & Crew, Terry McElheny, Birmingham, AL, for Intervenor-Plaintiff-Appellee.
 Before HATCHETT, Chief Judge, and TJOFLAT, KRAVITCH, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.
 
 BY THE COURT:
 
 1
 A member of this court in active service having requested a poll on the appellant's Suggestion of Hearing En Banc and a majority of the judges in this court in active service having voted in favor thereof,
 
 
 2
 IT IS ORDERED that the above cause shall be heard by this court sitting en banc.